**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-1717**

―――――――――

CHARLES H. BOONE,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge. (CA-99-192)

―――――――――

Submitted:  September 20, 2000      Decided:  October 11, 2000

―――――――――

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Charles H. Boone, Appellant Pro Se.  S. Douglas Murray, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; John Francis Corcoran, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles H. Boone appeals from the district court's order granting the Commissioner of Social Security's motion for summary judgment and affirming the denial of social security disability insurance benefits. We have thoroughly reviewed the administrative record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Boone v. Apfel, No. CA-99-192 (W.D. Va. May 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2